BEFORE THE FIRST DIVISION, MARCH 21, 1957

**No. 60568.**—S. S. Kresge Co. *v.* United States, protests 238943–K, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of fur dogs the same in all material respects as those the subject of Abstract 60059, the claim of the plaintiff was sustained.

**No. 60569.**—Cortez Trading Corporation *v.* United States, protest 272656–K (New York).

Opinion by WILSON, J. In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.